United States District Court
Southern District of Texas
**ENTERED**
August 23, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHNNY BALES, *et al*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:20-CV-2654 |
| CRESTWOOD MIDSTREAM PARTNERS LP, | § |
| Defendant. | § |

# O R D E R

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Enforce Order Denying CSI's Motion to Quash **(Instrument No. 32)** is **GRANTED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the ___23rd___ day of August, 2021, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**