UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHNNY BALES, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CRESTWOOD MIDSTREAM PARTNERS, L.P.,<br><br>*Defendant*. | Civil Action No. 4:20-cv-02654<br><br>Judge Vanessa D. Gilmore |

**CLEVELAND INTEGRITY SYSTEM INC.'S AND APPLIED CONSULTANTS, INC.'S <u>NOTICE OF APPEAL</u>**

Cleveland Integrity Services, Inc. ("CIS") and Applied Consultants, Inc. ("Applied Consultants") appeal to the United States Court of Appeals for the Fifth Circuit. This is an appeal of the District Court's July 26, 2021 order (ECF No. 31) denying CIS's and Applied Consultants' motion to intervene under Federal Rules of Civil Procedure 24(a) and 24(b).

Denying intervention is an appealable final order under 28 U.S.C. § 1291. *See also Rostain v. Mendez*, 986 F.3d 931, 936 (5th Cir. 2021).

1

Date:   August 25, 2021				Respectfully submitted,

						Applied Consultants, Inc.
						Cleveland Integrity Services, Inc.

						/s/ J. Barrick Bollman

						Nicole Figueroa
						McDermott Will & Emery LLP
						2501 N. Harwood Street
						Dallas, Texas 75201
						(214) 295-8062 (phone)
						(972) 767-0190 (fax)
						nfigueroa@mwe.com

						J. Barrick Bollman, *pro hac vice*
						McDermott Will & Emery LLP
						444 West Lake Street
						Chicago, Illinois 60606
						(312) 372-2000 (phone)
						(312) 884-7700 (fax)
						bbollman@mwe.com

## CERTIFICATE OF SERVICE

The undersigned does certify that on the 25th day of August 2021, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

						/s/ J. Barrick Bollman
						J. Barrick Bollman